UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 04-cr-00438-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. JAMES WILLIAMS,

      Defendant.
_____

## MINUTE ORDER
_____

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      A supervised release violation hearing is set in the above-captioned case for **Thursday, February 2, 2012 at 11:00 a.m.**

      Dated:   November 29, 2011